RECEIVED

AUG 2 8 2024

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:24-cr-060 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| LARRY EUGENE BURNS, | ) | T. 18 U.S.C. § 115(a)(1)(B) |
| | ) | T. 18 U.S.C. § 115(b)(4) |
| Defendant. | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Threatening a Federal Law Enforcement Officer)

On or about July 11, 2024, in the Southern District of Iowa, the defendant, LARRY EUGENE BURNS, did threaten to assault and murder a Federal law enforcement officer, namely Victim #1, a United States Probation Officer, with the intent to impede, intimidate, interfere with, and retaliate against, Victim #1, while he was engaged in the performance of his official duties.

This is a violation of Title 18, United States Code, Section 115(a)(1)(B) and 115(b)(4).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Threatening a Federal Law Enforcement Officer)**

On or about July 11, 2024, in the Southern District of Iowa, the defendant, LARRY EUGENE BURNS, did threaten to assault and murder a Federal law enforcement officer, namely Victim #2, a Deputy United States Marshal, with the intent to impede, intimidate, interfere with, and retaliate against, Victim #2, while he was engaged in the performance of his official duties.

This is a violation of Title 18, United States Code, Section 115(a)(1)(B) and 115(b)(4).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____   FOR
Shelly Sudmann
Assistant United States Attorney

2